# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** CARLOS ARTURO GONZALEZ RODRIGUEZ
HC 01 BOX 4094
LAS MARIAS, PR 00670

Form 410 Attachment

Case Number
17-00445-MCF13

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
01/30/2017

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-2069 | CIVIL PEN | 09/30/2006 | 02/20/2012 | $3,304.26 | $560.21 |
| XXX-XX-2069 | CIVIL PEN | 09/30/2007 | 02/20/2012 | $2,551.14 | $432.53 |
| XXX-XX-2069 | CIVIL PEN | 12/31/2007 | 02/20/2012 | $3,860.41 | $654.53 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2008 | 02/20/2012 | $3,168.59 | $537.22 |
| XXX-XX-2069 | CIVIL PEN | 06/30/2008 | 02/20/2012 | $3,763.22 | $638.05 |
| XXX-XX-2069 | CIVIL PEN | 09/30/2008 | 02/20/2012 | $3,057.18 | $518.32 |
| XXX-XX-2069 | CIVIL PEN | 12/31/2008 | 02/20/2012 | $674.00 | $114.27 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2009 | 02/20/2012 | $7,381.47 | $1,251.49 |
| XXX-XX-2069 | CIVIL PEN | 09/30/2009 | 02/20/2012 | $3,783.82 | $641.53 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2010 | 02/20/2012 | $5,865.00 | $994.36 |
| XXX-XX-2069 | CIVIL PEN | 06/30/2010 | 02/20/2012 | $4,504.03 | $763.64 |
| XXX-XX-2069 | CIVIL PEN | 12/31/2010 | 02/20/2012 | $358.96 | $60.88 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2011 | 05/11/2015 | $821.23 | $50.82 |
| XXX-XX-2069 | CIVIL PEN | 06/30/2011 | 05/11/2015 | $900.81 | $55.75 |
| XXX-XX-2069 | CIVIL PEN | 09/30/2011 | 05/11/2015 | $722.11 | $44.68 |
| XXX-XX-2069 | CIVIL PEN | 12/31/2011 | 05/11/2015 | $477.68 | $29.56 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2012 | 05/11/2015 | $334.83 | $20.73 |
| XXX-XX-2069 | INCOME | 06/30/2012 | 05/11/2015 | $327.38 | $20.26 |
| XXX-XX-2069 | CIVIL PEN | 09/30/2012 | 05/11/2015 | $297.91 | $18.43 |
| XXX-XX-2069 | CIVIL PEN | 12/31/2012 | 05/11/2015 | $294.28 | $18.21 |
| XXX-XX-2069 | CIVIL PEN | 03/31/2013 | 05/11/2015 | $455.75 | $28.21 |
| XXX-XX-2069 | CIVIL PEN | 06/30/2013 | 05/11/2015 | $459.31 | $28.41 |
| XXX-XX-7583 | CIVIL PEN | 09/30/2013 | 05/11/2015 | $353.09 | $21.83 |
| XXX-XX-7583 | CIVIL PEN | 12/31/2013 | 05/15/2015 | $648.72 | $40.13 |
| | | | | $48,365.18 | $7,544.05 |

**Total Amount of Unsecured Priority Claims:** $55,909.23